## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HANSJOERG DARIZ,** | |
| *Plaintiff,* | **CIVIL ACTION NO. 18-4883** |
| **v.** | |
| **REPUBLIC AIRLINE INC and REPUBLIC AIRWAYS HOLDINGS INC.,** | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 1st day of May 2019, upon consideration of Republic Airline Inc. and Republic Airways Holdings Inc.'s (collectively, "Republic") Motion to Transfer Venue of this case to the Southern District of Indiana [Doc. No. 3] and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Republic's Motion [Doc. No. 3] is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**